**Order entered January 22, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01436-CR**

**SHAWN RYAN BLANKINSHIP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. CR17-0584**

## ORDER

Before the Court is appellant's January 14, 2021 final motion for an extension of time to file his brief. In the motion, appellant explains that several motions and notices are missing from the clerk's record and that he has requested a supplemental clerk's record be filed with the documents. The motions and notices appear to have been filed in the companion case Cause No. CR17-0585 which is not on appeal.

We **GRANT** the motion as follows. We **ORDER** Rockwall County Clerk Jennifer Fogg to file a supplemental clerk's record in the above appeal with "all documents filed into the record in Cause No. CR17-0585 beginning March 7, 2017 through October 3, 2019" within **TEN DAYS** of the date of this order.

Appellant's brief is **DUE** thirty days after the date the supplemental clerk's record is filed.

We **DIRECT** the Clerk to send copies of this order to Rockwall County Clerk Jennifer Fogg and to counsel for all parties.

/s/   ERIN A. NOWELL
       JUSTICE